UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIE LESISKO,

    Plaintiff,

-vs-                                          CASE NO.:
                                              **JURY TRIAL DEMANDED**

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Marie Lesisko (hereinafter "Plaintiff"), by and through the undersigned counsel, sues Defendant, Experian Information Solutions, Inc. (hereinafter "Experian"), and in support thereof respectfully alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

**PRELIMINARY STATEMENT**

1. This is an action for actual damages, statutory damages, punitive damages, costs, and attorney's fees brought pursuant to 15 U.S.C. § 1681 *et seq.* ("FCRA").

2. Today in America there are three major consumer reporting agencies, Equifax Information Services, LLC, Trans Union LLC, and Experian Information Solutions, Inc.

3. Consumer reporting agencies that create consumer reports, like Equifax Information Services, LLC, Trans Union LLC, and Experian Information Solutions, Inc. are charged with using reasonable procedures designed to ensure the maximum possible accuracy of the information they report.

4. The Consumer Financial Protection Bureau has noted, "experience indicates that [CRAs] lack incentives and under-invest in accuracy" Consumer Fin. Prot. Bureau, Supervisory Highlights Consumer Reporting Special Edition 21 (Issue 14, March 2, 2017).

## JURISDICTION

5. The jurisdiction for this Court is conferred by 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1).

7. Venue is proper in this District as Plaintiff is a resident in this District, and the Defendant transacts business within this District.

8. The Plaintiff is a natural person and resident of the State of Florida, residing in Hillsborough County, Florida.

9. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

10. Experian is a corporation headquartered in the State of California, authorized to do business in the State of Florida through its registered agent, CT

Corporation System, located at 1200 South Pine Island Road, Plantation, Florida, 33324.

11. Experian is a "consumer reporting agency," as defined in 15 USC § 1681(f).

12. Experian is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681(d) to third parties.

13. Experian disburses such consumer reports to third parties under contract for monetary compensation.

## FACTUAL ALLEGATIONS

14. In the beginning of 2021, Plaintiff was required to obtain a credit report for approval of housing.

15. When Plaintiff reviewed her consumer report prepared by Experian, she saw that there were 22 accounts showing on her credit report which did not belong to her from AMEX/DSNB, Bank of America, ADS/Commenity/Old Pueblo, Discover Financial Services, Exxon Mobile/ CBNA, Americredit, JPMCB, Macys/DSNB, Mohela (x2), Navient, Ocwen Loan Servicing (x2), Quicken Loans (x4), SYNCB/JCPenny, TD Bank/ Target Credit, US Dept. of Ed/ GLELSI, and Volkswagen Credit, Inc. (x2).

16. Plaintiff has not utilized any type of credit account since the 1990's.

17. Many of these were mortgage accounts, which made Plaintiff concerned that she would not be able to be approved for housing.

18. Plaintiff also noticed that Experian was reporting her as living in Miami, Florida.

19. Plaintiff has never been to nor lived in Miami, Florida.

20. Plaintiff's consumer report is showing several previous addresses to which Plaintiff has no affiliation.

21. Plaintiff's consumer report is reporting multiple phone numbers to which Plaintiff has no affiliation.

22. Plaintiff's consumer report is reporting former or current employers as Duane Morris, LLP, Scharlin Lanzette, et al., and Holland Knight.

23. Plaintiff has never worked for nor with any of those companies, nor has she ever worked in the legal field.

24. Plaintiff's consumer report is reporting a large number of inquiries that were not approved by Plaintiff.

25. Plaintiff's report is reporting name variations as Marlene James, Marlene C. James, Marlene Menendez, Marlene Cordovis, and Marlene C. Melendez.

26. Plaintiff has never been known by nor used any name other than Marie Lesisko.

27. Plaintiff's consumer report lists a spouse or co-applicant by the name of Ricardo.

28. Plaintiff has never been married to nor knows anyone by the name of Ricardo.

29. Plaintiff's investigation revealed that the information of a woman named Marlene James of Miami, Florida was reporting on her credit report.

30. Plaintiff has never had dealings with AMEX/DSNB, Bank of America, ADS/Commenity/Old Pueblo, Discover Financial Services, Exxon Mobile/ CBNA, Americredit, JPMCB, Macys/DSNB, Mohela, Navient, Ocwen Loan Servicing, Quicken Loans, SYNCB/JCPenny, TD Bank/ Target Credit, US Dept. of Ed/ GLELSI, and Volkswagen Credit, Inc.

31. Experian is reporting that Plaintiff is the owner of the accounts in the name of Marlene James.

32. In or about February of 2021 Plaintiff began disputing these accounts with the Federal Trade Commission.

33. In or about March of 2021, Plaintiff wrote a dispute letter to Experian, notifying them that they have mixed her file with that of Marlene James.

34. In the aforementioned letter, Plaintiff explained in upmost detail that the accounts and personal information did not belong to her.

35. Plaintiff provided a photo of her Florida driver's license, social security card, and a bill to Experian for proof of identity.

36. Experian failed to ensure that the information reporting was accurate and belonging to Plaintiff.

37. Upon information and belief, Experian did not acknowledge the dispute letters sent by Plaintiff and failed to conduct any investigation into the accounts and information disputed.

38. To date, Experian continues to report the inaccurate accounts and information on Plaintiff's credit report.

39. As a result of the inaccurate reporting, Plaintiff has suffered damages, including, but not limited to:

    i. Monies lost by attempting to fix her credit;

    ii. Loss of time;

    iii. Deteriorating health;

    iv. Mental anguish, stress, aggravation, and other related impairments to the enjoyment of life.

40. All conditions precedent to the filing of this action have occurred.

## COUNT I
## Violation of the FCRA § 1681e(b) by Defendant,
## Experian Information Solutions, Inc.

41. Plaintiff restates and incorporates her allegations in paragraphs one (1) through forty (40), including subparts, as if fully set forth herein.

42. Experian violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum accuracy in the preparation of Plaintiff's credit reports and credit files it published and maintained concerning Plaintiff.

43. As a result of Experian's violations of 15 U.S.C. § 1681e(b) Plaintiff suffered actual damages, including but not limited to: misrepresentation, damage to reputation, deteriorating health and other mental and emotional distress.

44. Experian's violations were willful, rendering it individually liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

45. In the alternative, Experian was negligent, entitling Plaintiff to recovery under 15 U.S.C. § 1681o.

46. Plaintiff is entitled to recover actual damages, punitive damages, costs, and attorney's fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. §§ 1681n and 1681o.

**WHEREFORE**, Plaintiff demands a trial by jury, judgment and compensatory and punitive damages against Defendant, EXPERIAN

INFORMATION SOLUTIONS, INC., for statutory damages, punitive damages, actual damages, costs, interest, attorneys' fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

Respectfully submitted,

*/s/ Jason R. Derry*
Jason R. Derry
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
eshillinglaw@ForThePeople.com
smcgee@ForThePeople.com
*Attorney for Plaintiff*